# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 16–52492–rbk

Chapter No.: 7

IN RE: **Dickinson of San Antonio, Inc.**, Debtor(s)

Adversary Proceeding No.: 18–05259–rbk

Judge: Ronald B. King

**John Patrick Lowe**
Plaintiff

v.

**American Student Financial Group, Inc. et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **8/5/19 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (related document(s): 128 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendants Cottingham Management Company, LLC, Tango Delta Financial, Inc.. AND 129 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendant Tango Delta Financial, Inc.. AND 130 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendant Tango Delta Financial, Inc.. AND 131 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendant Tango Delta Financial, Inc.. AND 132 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendants Cottingham Apex Texas Fund, LLC, Tango Delta Financial, Inc.. AND 133 Motion For Partial Summary Judgment Filed by Alan Vanderhoff for Defendant Cottingham Management Company, LLC.) Hearing Scheduled For 8/5/2019 at 2:00 PM at SA Courtroom 1 (Castleberry, Deanna)

Dated: 7/8/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]